**WILLIAMS, J.**

v.

**ÜCBR**

**626 CD 2016**

Commonwealth Court of Pennsylvania.

06/27/2017

Unemployment Compensation Board of Review, B–587656

Affirmed

**TALEN ENERGY**

v.

**WCAB (JAMES)**

**860 CD 2016**

Commonwealth Court of Pennsylvania.

06/27/2017

Workers' Compensation Appeal Board, A15–0005

Affirmed

**ROMERO, T.**

v.

**PA SYSTEM OF HIGHER EDUCATION**

**1386 CD 2016**

Commonwealth Court of Pennsylvania.

06/27/2017

State System of Higher Education, 16 RCA 03

Quashed

**FORTUNE, T.**

v.

**OOR (DOC)**

**1765 CD 2016**

Commonwealth Court of Pennsylvania.

06/27/2017

Office of Open Records, AP–2016–1548

Affirmed